# FULLY REDACTED

# EXHIBIT 4