# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARMA HOLDCO INC., a Delaware corporation, | Case No. 25CV7628 |
| Plaintiff, | |
| v. | **Judge Steven Seeger** |
| CHAD BRONSTEIN, an individual; NICOLE COSBY, an individual; RAHM, INC. dba REAL AMERICAN BEER, a Delaware corporation; and DOES 1 through 25 inclusive, | **JURY TRIAL DEMANDED** |
| Defendants, | |

## LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Plaintiff Carma Holdco Inc., pursuant to Local Rule 3.2, states that the following affiliates own, directly or indirectly, 5% or more of Carma Holdco Inc.:

1. Tovey Family Trust U/A DTD 11/19/2007 – Kirk Tovey, President

2. Tyrannic LLC (Nevada entity) – Michael Gerard Tyson, Member/Manger: Lakiha Tyson, Member/Manger

Dated: July 10, 2025

Respectfully submitted,

/s/ Blake T. Hannafan
Hannafan & Hannafan, Ltd.
181 West Madison St.
Suite 4700
Chicago, IL. 60602
312-527-0055
bth@hannafanlaw.com

Nicholas D. Myers
Clifford L. White
THE MYERS LAW GROUP
4695 MacArthur Court, Suite 200
Newport Beach, California 92660

Counsel for Plaintiff Carma Holdco Inc.